UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| **VIRGINIA MADISON,** *et al.* | **PLAINTIFFS** |
| versus | **CIVIL ACTION NO. 3:03cv313-WHB-AGN** |
| **BAYER CORPORATION,** *et al.* | **DEFENDANTS** |

### FINAL JUDGMENT OF DISMISSAL OF PLAINTIFF GREG SMOLCICH WITH PREJUDICE

This cause came on this day for hearing and the Plaintiff, Greg Smolcich and Defendants, SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKILINE CONSUMER HEALTHCARE, L. P., appearing by and through their respective counsel fo record, and the Plaintiff making known unto this court his desire to compromise and settle his claims against SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., in the above styled and numbered cause, and that the Plaintiff has received full accord and the satisfaction of his claims against SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., as set forth in the Complaint filed herein, and that these parties expressly consent to entry of judgment.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause as to Plaintiff, Greg Smolcich, be and the same hereby is dismissed with prejudice, each party bearing their own costs.

SO ORDERED AND ADJUDGED, this the 27th day of December, 2005.

_____
DISTRICT COURT JUDGE

AGREED:

_____
Patrick D. McMurtray, Esq.
Nathaniel A. Armistad, Esq.
Counsel for the Greg Smolcich

_____
Lanny R. Pace, Esq.
Counsel for SMITHKLINE BEECHAM
CORPORATION and GLAXOSMITHKLINE
CONSUMER HEALTHCARE, L.P.